**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 **ROY JENKINS,**

                          Plaintiff,                        21 **CIVIL** 3162 (SN)

       -against-                                **JUDGMENT**

 **KILOLO KIJAKAZI,**

                          Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated September 12, 2022, a thorough investigation of the record has shown that the ALJ's finding that Jenkins did not have a severe impairment and was thus not disabled during the relevant period between the AOD and DLI is free from legal error and supported by substantial evidence. Jenkins's motion is DENIED, and the Commissioner's motion is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
        September 13, 2022

                                                                   **RUBY J. KRAJICK**

                                                                   _____
                                                                      **Clerk of Court**

                              **BY:**

                                                                  _____
                                                                      **Deputy Clerk**